

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00246-CV

| | | |
|---|---|---|
| PRISCILLA WYATT, Appellant | § | On Appeal from County Court |
| V. | § | of Hood County (P08376) |
| ANISSA DELAINE DEAL, AS INDEPENDENT EXECUTOR OF THE ESTATE OF SYDNEY B. WYATT, Appellee | § | June 6, 2019 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Anissa Delaine Deal, as Independent Executor of the Estate of Sydney B. Wyatt shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman